COMMONWEALTH of Pennsylvania,
Respondent

v.

Thomas J. CERAUL, Petitioner

No. 47 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Gerald Carroll CLARK, Jr., Petitioner

No. 198 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Claudius TAYLOR, Petitioner

No. 22 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.